THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES HARMON, Appellant. [632 NYS2d 1009] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Egan, J.—Attempted Robbery, 2nd

Degree.) Present—Denman, P. J., Green, Wesley, Balio and Boehm, JJ.